# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

THOMAS C. LINDSEY,

  Plaintiff,

v.               CIVIL ACTION NO.: CV210-047

BRUNSWICK JUDICIAL CIRCUIT;
E.M. WILKES, III, Judge; STEPHEN
KELLEY, District Attorney; JONATHAN
MILLER, Assistant District Attorney;
NATHAN T. WILLIAMS, Attorney;
MICHAEL LAMBROS, Attorney;
Dr. MARK R. SARDO; CYNTHIA H.
SARDO; CHERI B. HATALA;
KATHLEEN HALLER; GEORG
TRUTLER, Head Probation Officer;
and ANDREW ECKONOMON,
Attorney,

  Defendants.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he is not challenging his conviction, but rather the length of the sentence imposed upon him. As noted in the Magistrate's Report, this type of challenge would be properly brought as a habeas action and not as a 42 U.S.C. § 1983 suit.

Plaintiff's Objections are without merit and are **OVERRULLED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 22 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA